No. D–364.   IN RE DISBARMENT OF DOWNES.   It is ordered that John P. Downes, of Oxon Hill, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80, Orig.   COLORADO v. NEW MEXICO ET AL.   Report of the Special Master containing additional factual findings requested by order of Court is received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days.   Replies to the Exceptions, with supporting briefs, may be filed within 30 days. [For earlier order herein, see, e. g., 459 U. S. 1229.]

No. 86, Orig.   LOUISIANA v. MISSISSIPPI ET AL.   Report of the Special Master is received and ordered filed.   Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days.   Replies to the Exceptions, with supporting briefs, may be filed within 30 days.   [For earlier order herein, see, e. g., 454 U. S. 937.]

No. 81–1304.   NATIONAL ASSOCIATION OF GREETING CARD PUBLISHERS v. UNITED STATES POSTAL SERVICE ET AL.; and
No. 81–1381.   UNITED PARCEL SERVICE OF AMERICA, INC. v. UNITED STATES POSTAL SERVICE ET AL., 462 U. S. 810.   Motion of the Solicitor General for leave to file a supplemental brief after argument granted.

No. 81–2332.   NORFOLK REDEVELOPMENT AND HOUSING AUTHORITY v. CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF VIRGINIA ET AL.   C. A. 4th Cir.   [Certiorari granted, 459 U. S. 1145.]   Motion of respondent Brooklyn Union Gas Co. for leave to file a brief as amicus curiae granted.   JUSTICE POWELL took no part in the consideration or decision of this motion.